# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Hayden Scott Coit and<br>Mandy Erin Coit,<br>              Debtors. | ) Case No. 21-20890 - E - 13<br>) Docket Control No. KMM-1<br>) Document No. 21<br>) Date: 05/25/2021<br>) Time: 2:00 PM<br>) Dept: E |

## Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Objection to the Chapter 13 Plan filed by Wilmington Trust, National Association, as Successor Indenture Trustee to Citibank, N.A., as Indenture Trustee of SACO I Trust 2006-12, Mortgage-Backed Notes, Series 2006-12, as serviced by Specialized Loan Servicing, LLC ("Creditor") holding a secured claim having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Objection to Confirmation of the Plan is sustained, and the proposed Chapter 13 Plan is not confirmed.

**Dated:** May 26, 2021

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

[21] - Notice of Hearing Re: [21] Objection to Confirmation of Plan by Wilmington Trust, National
Association [KMM-1] to be held on 5/25/2021 at 02:00 PM at Sacramento Courtroom 33, Department E.
(wmim) [21] - Objection to Confirmation of Plan by Wilmington Trust, National Association [KMM-1]
Filed by Creditor Wilmington Trust, National Association (wmim)