DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #23056, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000
legalmail@cusick13.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 21-20890-E-13C |
| | DCN: DPC-1 |
| HAYDEN SCOTT COIT | SUPPLEMENTAL EXPARTE MOTION |
| MANDY ERIN COIT | TO DISMISS TRUSTEE'S MOTION TO |
| | DISMISS PURSUANT TO FRCP 41, |
| | FRBP 9014 & 7041 |
| | |
| | DATE: AUGUST 4, 2021 |
| | TIME: 9:00 A.M. |
| | JUDGE: RONALD H. SARGIS |
| Debtors | COURTROOM: DEPT 33 |

    DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby requests the Court dismiss the Trustee's Motion to Dismiss pursuant to FRCP 41(a)(2), and FRBP 9014 and 7041, as follows:

    Debtors filed an Amended Plan, (DN 37) and a Motion to Confirm the Plan, which is set for hearing on September 14, 2021, (DN 35).

    WHEREFORE, the Trustee requests the Court grant its request to dismiss his motion to dismiss.

Dated: JULY 26, 2021            /s/ Kristen Koo
                                            Kristen Koo, Attorney for Trustee